UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FLORAL SHIPPING LTD. | * | CIVIL ACTION |
| VERSUS | * | NO. 14-879 |
| EGYPTIAN BULK CARRIERS | * | JUDGE " " R |
| | * | MAGISTRATE ( ) (5) |

### ORDER AUTHORIZING THE ISSUANCE OF A WRIT OF ATTACHMENT AND GARNISHMENT

Having reviewed the Verified Complaint and Affidavit filed in connection with the above entitled numbered cause, and having determined that the conditions justifying the issuance of a Writ of Maritime Attachment and Garnishment appear to exist,

**IT IS HEREBY ORDERED** that the Clerk of Court immediately issue a Writ of Maritime Attachment and Garnishment of any and all debts, funds, credits, or other intangible property or interests of Egyptian Bulk Carriers ("EBC") in the custody or control of Cargill, Inc., and/or Southport Agencies, Inc., and all other property of EBC, thereon, up to including the value of Plaintiff's claim, $1,259,539.08.

In accordance with applicable local rules, Plaintiff Floral Shipping Ltd. agrees to hold harmless and indemnify the U.S. Marshall and all of his deputies from and against any and all liabilities as a result of attaching the aforesaid property according to this Order.

New Orleans, Louisiana, this 16 day of April 2014.

_____
UNITED STATES DISTRICT JUDGE

2239112-1